```
1  JEFFREY L. BROWN #65321
   BROWN & FARMER APLC
2  7777 Alvarado Road, Suite 622
   La Mesa, CA 91942
3  (619) 461-6511

4  Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In RE | ) | CASE NO. **24-00134-CL7** |
|---|---|---|
| **JUAN JOSE GUTIERREZ** | ) ) ) | **DECLARATION BY DEBTOR** IN OPPOSITION TO MOTION FOR RELIEF FROM STAY |
| Debtor | ) ) | RS NO. RAS-1 |
| U.S. BANK N.A. | ) ) ) | DATE: JUNE 10, 2024 TIME: 10:30 AM DEPT: ONE |
| JUAN JOSE GUTIERREZ and GERALD H. DAVIS, TRUSTE | ) ) ) | |
| Respondents | ) ) | |

I, **JUAN JOSE GUTIERREZ**, Debtor in the above-entitled case, declare as follows:

1. I am the owner of a 2016 Tesla Model X, VIN # 5YJXCAE26GF021534.

2. The Fair Market Value of the vehicle, as set forth in my bankruptcy schedules is $24,505.00.

3. I filed a Chapter 7 bankruptcy on January 19, 2024.

4. My Statement of Intentions indicates my desire to keep this vehicle and resume making the required monthly payments.

5. For several months prior to and immediately following the filing of my case in January, I was having financial difficulties that caused me to miss payments to Movant and ultimately caused me to file bankruptcy.

6. On May 13, 2024, I paid the full amount of the deficiency owing on my automobile loan. See Exhibit "A" attached hereto.

7. I am willing to sign a Reaffirmation Agreement with Movant, which would allow me to retain possession of the vehicle as long as I continue to make timely monthly payments.

8. The continuation of the automatic stay herein will not result in any irreparable harm, injury or damage to the moving party, nor will moving party's lien against Debtors' property be impaired.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that it is executed in La Mesa, California.

DATED:    5/20/24                /s/ JUAN JOSE GUTIERREZ
                                 Debtor

```
JEFFREY L. BROWN #65321
BROWN & FARMER APLC
7777 Alvarado Road, Suite 622
La Mesa, CA 91942
(619) 461-6511

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE | CASE NO. **24-00134-CL7** |
| **JUAN JOSE GUTIERREZ** | **CERTIFICATION OF SERVICE BY MAIL** |
| Debtor. | |

I, the undersigned whose business address appears above, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the ___20th___ day of ___MAY___, 2024, I served a true copy of the annexed papers to wit:

**DECLARATION OF DEBTOR**

By CM/ECF on,

SEAN FERRY, sferry@rasig.com

GERALD DAVIS, Trustee: ghd@trusteedavis.com

United States Trustee: USTP.REGION15@USDOJ.GO

I declare under penalty of perjury that the foregoing is true and correct, executed at La Mesa, California on ___May 20___, 2024___.

/S/ MADELYN VALLONE

HC 2106  06/22   30223509

# usbank®

**Official Receipt**

Reference 0026 01384 0009 05/10/2024 12:26 pm
Recovery Account ending in *
U.S.Bank $3,162.06
Available Balance:                              NaN

usbank.com

**DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.**

**Deposit checks anywhere, anytime with the U.S. Bank Mobile App.**

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification. Member FDIC.

"A"